In the Matter of the Accounting of MINNIE A. KERNAN, as Executrix of ARTHUR T. KERNAN, Deceased, Appellant.

EARL N. BUFFETT, Respondent.

(Submitted November 25, 1935; decided November 26, 1935.)

*George H. Carleton* for motion.

*James C. Danzilo* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant file and serve a proper bond within five days and pay to attorney for respondent twenty-five dollars, in which event the motion is denied.